UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Order Authorizing the United States Federal Air Marshal Service to Receive Location Codes from the Central Violations Bureau to Permit Issuance of District Court Violation Notices in Lieu of Personal Appearance for Certain Violations of the United States Code in the Southern District of New York | **ORDER**<br><br>No. _____ |

This matter having come before the Court on the application by the United States Attorney's Office for the Southern District of New York for an Order authorizing the United States Federal Air Marshal Service (the "FAMS") to receive two location codes in the Southern District of New York—one for Manhattan, and one for White Plains—from the Central Violations Bureau ("CVB"), in order to issue citations or violation notices for violations of the offenses that the FAMS is authorized to enforce under the relevant sections of Titles 18 and 49 of the United States Code, and for good cause appearing therefore:

IT IS HEREBY ORDERED that the FAMS is now authorized to receive two location codes—one for Manhattan, and one for White Plains—from the CVB in connection with citations or violation notices with respect to the sections of Titles 18 and 49 of the United States Code that the FAMS is authorized to enforce, related to conduct in the Southern District of New York.

Dated: New York, New York
        June  28 , 2026

/s/ Laura Taylor Swain
_____
THE HONORABLE LAURA TAYLOR SWAIN
United States Chief District Judge
Southern District of New York